UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BRISTOW and LATEEFA STARKS,<br><br>Plaintiffs,<br><br>v.<br><br>YUDEL OMAR SANCHEZ; LVMPD OFFICER D. SUTTON P#15153; LVMPD DETECTIVE C. REICH P#9357; CLARK COUNTY; KRISTINA WILDEVELD, ESQ.; KENNETH FRIZZELL, III, ESQ.; HON. JUSTICE OF THE PEACE DIANA L. SULLIVAN; GREGORY DENUE, JUDGE PRO TEM,<br><br>Defendants. | Case No. 2:22-cv-01092-APG-EJY<br><br>**Order** |

Defendants Kenneth Frizzell, III and Leo Flangas have each filed a "notice of improper service of summons and complaint." ECF Nos. 39, 40. If these defendants seek to dismiss the complaint for failure to properly serve, they should file the appropriate motion under Federal Rule of Civil Procedure 12(b).

DATED THIS 21st day of December, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE