LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

***Attorneys for Defendant***
***Connor Reich (P#9357)***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES BRISTOW and LATEEFA STARKS,<br><br>Plaintiffs,<br>vs.<br><br>YUDEL OMAR SANCHEZ, LVMPD Officer D. SUTTON P#15313; LVMPD DETECTIVE C. REICH P#9357; CLARK COUNTY, KRISTINA WILDEVELD, Esq., KENNETH FRIZZELL, III, Esq., JULIA BARKER, Esq., KATHERINE SITSIS, Esq.; Hon. Justice of the peace DIANA L. SULLIVAN and GREGORY DENUE, judge pro tem; DOES I through X, inclusive and ROE Business Entities I and X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01092-APG-EJY<br><br>**DEFENDANT CONNOR REICH'S MOTION TO SEAL EXHIBITS TO PLAINTIFF'S RESPONSE [ECF No. 55]** |

Defendant Connor Reich, by and through his counsel, Kaempfer Crowell, moves for an Order sealing Exhibits 12, 14, 15, 17, 21 and 22 attached to Plaintiffs' Response, (ECF No. 55), because the Exhibits contain personal identifying information that is not appropriate for public

disclosure. This Motion is made pursuant Local Rule IC 6-1 and Fed. R. Civ. P. 5.2(d).

DATED this 1st day of February, 2023.

KAEMPFER CROWELL

By: */s/ Lyssa S. Anderson*
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

***Attorneys for Defendant***
***Connor Reich (P#9357)***

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

On January 31, 2023, Plaintiffs filed a "Response" to the Answer of Defendant Yudel Sanchez ("Sanchez").[1] (Pls.' Resp., ECF No. 55). Plaintiffs' Response contains several Exhibits that list personal information of Sanchez, including his social security number, date of birth, and residential addresses. Sanchez's personal information was not redacted by Plaintiff, which means Sanchez's personal information is currently disclosed in a publicly accessible record. For that reason, the Court should seal these Exhibits in accordance with Local Rule IC 6-1.

### II. ARGUMENT

Local Rule IC 6-1(a) provides that parties should refrain from filing documents with personal-data identifiers, such as "(1) Social Security Numbers. If an individual's Social Security number must be included, only the last four digits of that number should be used . . . (3) Dates of Birth. If an individual's date of birth must be included, only the year should be used . . . (5)

[1] The Response appears to be challenging a Counter-Claim made by Sanchez in his Answer filed on December 20, 2022, (ECF No. 42).

Home Addresses. If a home address must be included, only the city and state should be listed." This Local Rule requires that the parties and attorneys bear the burden to follow these requirements before making any filings with the Court. D. Nev. Local R. IC 6-1(c).

Here, Plaintiff's Response, (ECF No. 55), contains several Exhibits, such as a Voluntary Statement provided to the Las Vegas Metropolitan Police Department, medical records for Defendant Yudel Sanchez, and a document that appears to list residential addresses. Unfortunately, Plaintiffs did not redact personal identifying information contained in these Exhibits as required by Local Rule IC 6-1. The information that should have been redacted is as follows:

- Exhibit 12 contains Sanchez's full social security number, date of birth, and home address, (ECF No. 55 at pg. 28) (showing a Voluntary Statement).
- Exhibits 14, 15, and 17 contain Sanchez's full date of birth, (ECF No. 55 at pgs. 30, 31 and 33) (showing medical records from Sanchez).
- Exhibits 21 and 22 contain addresses or former addresses of Sanchez, (ECF No. 55 at pgs. 37–40).

Accordingly, LVMPD Defendants request that the Court seal these pages or, alternatively, strike them from the docket. *See* Fed. R. Civ. P. 5.2(d) (authorizing courts to "order that a filing be made under seal without redaction."); *Le v. Equifax Info. Servs., LLC*, No. 216CV02393RFBGWF, 2017 WL 4350976, at *2 (D. Nev. Sept. 29, 2017) (granting a request to seal Exhibits "that contain Plaintiff's personal identifying information, such as his date of birth, social security number, and financial account numbers.").

## III. CONCLUSION

For the foregoing reasons, LVMPD Defendants request that the Court seal the above-discussed Exhibits to Plaintiffs' Response, (ECF No. 55), containing Sanchez's personal

information as well as warn Plaintiff of his obligation to comply with the Local Rules governing disclosure of personal information.

DATED this 1st day of February, 2023.

KAEMPFER CROWELL

*/s/ Lyssa S. Anderson*
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

***Attorneys for Defendant***
***Connor Reich (P#9357)***

Good cause appearing, IT IS HEREBY ORDERED that Exhibits 12, 14, 15, 17, 21 and 22 to ECF No. 55. shall be sealed.

IT IS FURTHER ORDERED that the Clerk of Court shall remove these exhibits from the publicly filed ECF No. 55 and refile them under seal.

Dated this 1st day of February, 2023.

ELAYNA J. YOUCHAH
U.S. MAGISTRATE JUDGE